SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
SAM KIM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAM KIM,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANDY'S SUPER BURGER; KYUBOK HAN, AS TRUSTEE OF THE KYUBOK AND JEAN S. HAN LIVING TRUST; and DOES 1 to 10,<br><br>        Defendants. | Case No.: 2:21-cv-08271 ODW (PVCx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Sam Kim ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  January 21, 2022          SO. CAL EQUAL ACCESS GROUP


                                                     */s/ Jason J. Kim*
                                                  JASON J. KIM
                                                  Attorney for Plaintiff